UNIVERSAL TRUST COMPANY, Respondent, *v.* SMITH LENT, Appellant, Impleaded with Others.

*Universal Trust Co.* v. *Lent,* 83 App. Div. 634, affirmed.
(Argued February 23, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*T. M. Tyng* for appellant.

*George E. Waldo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.

---

JOHN SHANLEY, Appellant, *v.* DAVID M. KOEHLER, Respondent.

*Shanley* v. *Koehler,* 80 App. Div. 566, affirmed.
(Argued February 23, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Michel Kirtland* and *John Conville* for appellant.

*Arnold Charles Weil* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.